**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DELORIS JONES-PRESLEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-2880-SHL-tmp |
| | ) | |
| ROMAN PEREA and | ) | |
| ROTOLO CONSULTANTS, INC., | ) | |
|     Defendants. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Defendants' Notice of Removal (ECF No. 1), filed September 17, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (ECF No. 22), filed June 8, 2026, all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

June 8, 2026
Date